IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-663-RJC-DCK

| | |
|---|---|
| MARK T. BROOKS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, and MATRIX ABSENCE MANAGEMENT, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) filed by Brian L. Kingsley, concerning Amanda Stansberry-Johns on December 21, 2017. Ms. Stansberry-Johns seeks to appear as counsel *pro hac vice* for Plaintiff Mark T. Brooks. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) is **GRANTED**. Ms. Stansberry-Johns is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 22, 2017

David C. Keesler
United States Magistrate Judge