IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-663-RJC-DCK

| | |
|---|---|
| MARK T. BROOKS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, and MATRIX ABSENCE MANAGEMENT, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Initial Attorney Conference" (Document No. 14) filed January 3, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

The undersigned observes that at least one count against one Defendant will remain in this matter, even if the pending motion to dismiss is granted. As such, the undersigned will require the parties to hold their Initial Attorney's Conference. Counsel are respectfully encouraged to discuss at that conference how they might resolve or narrow the issues before the Court.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Initial Attorney Conference" (Document No. 14) is **DENIED**. The parties shall conduct an Initial Attorney's Conference on or before **January 12, 2018**.

Signed: January 3, 2018

David C. Keesler
United States Magistrate Judge